# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KONTOPOULOS, PETER T. | § | Case No. 14-32132 DRC |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/02/2014. The undersigned trustee was appointed on 09/02/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    21,383.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 24.05 |
   | Bank service fees | 573.64 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    20,785.43

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/02/2015 and the deadline for filing governmental claims was 03/02/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,888.31 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,888.31 , for a total compensation of $ 2,888.31 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 4.85 , for total expenses of $ 4.85 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/17/2016        By: /s/GINA B. KROL
                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-32132 DRC  Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KONTOPOULOS, PETER T. | Date Filed (f) or Converted (c): | 09/02/14 (f) |
|  |  | 341(a) Meeting Date: | 09/30/14 |
| For Period Ending: | 08/17/16 | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence  929 Euclid, Elmhurst, IL | 300,000.00 | 0.00 |  | 0.00 | FA |
| 2. BANK ACCONTS  Checking Account, Chase | 300.00 | 0.00 |  | 0.00 | FA |
| 3. Household Goods  Furnishings, TV, Stereo, Computer | 200.00 | 0.00 |  | 0.00 | FA |
| 4. CLOTHES  Misc Clothes | 0.00 | 0.00 |  | 0.00 | FA |
| 5. 401(K) | 95,000.00 | 0.00 |  | 0.00 | FA |
| 6. UPS Stock | 12,000.00 | 21,372.34 |  | 21,372.34 | FA |
| 7. 2008 Ford Explorer | 8,000.00 | 0.00 |  | 0.00 | FA |
| 8. UPS Dividend (u) | 0.00 | 10.78 |  | 10.78 | FA |
| TOTALS (Excluding Unknown Values) | $415,500.00 | $21,383.12 |  | $21,383.12 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case is ready for claims review and TFR
October 08, 2015, 12:28 pm

Trustee to liquidate UPS stock
October 15, 2014, 01:36 pm

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                       Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-32132    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | KONTOPOULOS, PETER T. | Date Filed (f) or Converted (c): | 09/02/14 (f) |
| | | 341(a) Meeting Date: | 09/30/14 |
| | | Claims Bar Date: | 01/02/15 |

UPS stock. Debtor to amend Sch C to fully exempt auto and make no claim to stock. Trstee requested stock info
October 01, 2014, 04:52 pm

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 03/31/16

/s/    GINA B. KROL
_____    Date: 08/17/16
GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 14-32132 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KONTOPOULOS, PETER T. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7707 Checking Account |
| Taxpayer ID No: | *******5389 | | | |
| For Period Ending: | 08/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/15 | 8 | Computershare<br>UPS<br>PO Box 30169<br>College Station, TX 77842-3169 | Dividend | 1223-000 | 10.78 | | 10.78 |
| 01/12/15 | 6 | UPS<br>Computershare<br>250 Royall Street<br>Canton, MA 02021 | Turnover of UPS Stock value | 1129-000 | 21,372.34 | | 21,383.12 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.51 | 21,362.61 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | BOND<br>BOND | 2300-000 | | 12.21 | 21,350.40 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.68 | 21,321.72 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.70 | 21,290.02 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.63 | 21,259.39 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.61 | 21,227.78 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.54 | 21,197.24 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.51 | 21,165.73 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.47 | 21,134.26 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.41 | 21,103.85 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.38 | 21,072.47 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.32 | 21,042.15 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.28 | 21,010.87 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.24 | 20,979.63 |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 11.84 | 20,967.79 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.17 | 20,938.62 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 14-32132 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KONTOPOULOS, PETER T. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7707 Checking Account |
| Taxpayer ID No: | *******5389 | | |
| For Period Ending: | 08/17/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.13 | 20,907.49 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.08 | 20,877.41 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.04 | 20,846.37 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.99 | 20,816.38 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.95 | 20,785.43 |

| Account *******7707 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 21,383.12 | 2 | Checks | 24.05 |
| | 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 573.64 |
| | | Subtotal | $ 21,383.12 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 597.69 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 21,383.12 | | | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 08/17/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 14-32132 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KONTOPOULOS, PETER T. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7707 Checking Account |
| Taxpayer ID No: | *******5389 | | |
| For Period Ending: | 08/17/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 17, 2016 |
|---|---|---|---|---|---|---|

Case Number: 14-32132  
Debtor Name: KONTOPOULOS, PETER T.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,442.58 | $1,442.58 |
| ADMIN 1<br>001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $2,893.16 | $2,893.16 |
| 000001<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $8,895.64 | $8,895.64 |
| 000002<br>070<br>7100-90 | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $13,640.99 | $13,640.99 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $12.21 | $12.21 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $11.84 | $11.84 |
| | Case Totals: | | | $0.00 | $26,896.42 | $26,896.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-32132 DRC  
Case Name: KONTOPOULOS, PETER T.  
Trustee Name: GINA B. KROL  

Balance on hand $ 20,785.43

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,888.31 | $ 0.00 | $ 2,888.31 |
| Trustee Expenses: GINA B. KROL | $ 4.85 | $ 0.00 | $ 4.85 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,440.00 | $ 0.00 | $ 1,440.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 2.58 | $ 0.00 | $ 2.58 |
| Other: Adams Levine Surety Bond Agency | $ 12.21 | $ 12.21 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 11.84 | $ 11.84 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,335.74  
Remaining Balance $ 16,449.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,536.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 73.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 8,895.64 | $ 0.00 | $ 6,493.01 |
| 000002 | Midland Credit Management, Inc. as agent for Asset Acceptance LLC PO Box 2036 Warren, MI 48090 | $ 13,640.99 | $ 0.00 | $ 9,956.68 |
| | Total to be paid to timely general unsecured creditors | | $ | 16,449.69 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE