IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **PETER KONTOPOULOS** | ) | No. 14 B 32132 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 2, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                             BY:/s/ Gina B. Krol
                                                                          Ch 7 Bankruptcy Trustee

Service List:

American InfoSource LP as agent for
Midland Funding, LLC
P.O. Box 268941
Oklahoma City, OK   73126-8941

Midland Credit Mgmt, Inc.
As agent for Asset Acceptance LLC
P.O. Box 2036
Warren, MI   48090

ECMC
P.O. Box 16408
St. Paul, MN   55116-0408

Bernard Schlosser
Bernard.a@att.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov