UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| KONTOPOULOS, PETER T. | § § | Case No. 14-32132 DRC |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 286,800.00 *(Without deducting any secured claims)* | Assets Exempt: 116,700.00 |
| Total Distributions to Claimants: 16,449.69 | Claims Discharged Without Payment: 40,486.94 |
| Total Expenses of Administration: 4,933.43 | |

3) Total gross receipts of $ 21,383.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 21,383.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,933.43 | 4,933.43 | 4,933.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,900.00 | 22,536.63 | 22,536.63 | 16,449.69 |
| **TOTAL DISBURSEMENTS** | $ 35,900.00 | $ 27,470.06 | $ 27,470.06 | $ 21,383.12 |

   4)  This case was originally filed under chapter 7 on  09/02/2014 .  The case was pending for 26 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 10/19/2016             By:/s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UPS Stock | 1129-000 | 21,372.34 |
| UPS Dividend | 1223-000 | 10.78 |
| **TOTAL GROSS RECEIPTS** | | **$21,383.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 2,888.31 | 2,888.31 | 2,888.31 |
| GINA KROL | 2200-000 | NA | 4.85 | 4.85 | 4.85 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 12.21 | 12.21 | 12.21 |
| ADAMS-LEVINE | 2300-000 | NA | 11.84 | 11.84 | 11.84 |
| ASSOCIATED BANK | 2600-000 | NA | 573.64 | 573.64 | 573.64 |
| COHEN & KROL | 3110-000 | NA | 960.00 | 960.00 | 960.00 |
| GINA KROL | 3110-000 | NA | 480.00 | 480.00 | 480.00 |
| COHEN & KROL | 3120-000 | NA | 2.58 | 2.58 | 2.58 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,933.43 | $ 4,933.43 | $ 4,933.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance P.O. Box 1630 Warren, MI 48090 | | 1,300.00 | NA | NA | 0.00 |
| | Hillcrest Collections 850 N Dorothy Richardson, TX 75081 | | 600.00 | NA | NA | 0.00 |
| | Midland Funding c/o Blatt Hasenmiller 125 S. Wacker Chicago, IL 60606 | | 9,000.00 | NA | NA | 0.00 |
| | Seterus 14523 SW Millikan Beverton, OR 97005 | | 21,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unifund Partners c/o Adler & Assoc 25 E. Washington Chicago, IL  60602 | | 2,000.00 | NA | NA | 0.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 1,500.00 | 8,895.64 | 8,895.64 | 6,493.01 |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-900 | NA | 13,640.99 | 13,640.99 | 9,956.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 35,900.00 | $ 22,536.63 | $ 22,536.63 | $ 16,449.69 |

Case 14-32132 Doc 42 Filed 10/28/16 Entered 10/28/16 11:38:38 Desc Main
Document Page 7 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-32132 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | KONTOPOULOS, PETER T. | Date Filed (f) or Converted (c): | 09/02/14 (f) |
| | | 341(a) Meeting Date: | 09/30/14 |
| For Period Ending: | 10/12/16 | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 929 Euclid, Elmhurst, IL | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS Checking Account, Chase | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods Furnishings, TV, Stereo, Computer | 200.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES Misc Clothes | 0.00 | 0.00 | | 0.00 | FA |
| 5. 401(K) | 95,000.00 | 0.00 | | 0.00 | FA |
| 6. UPS Stock | 12,000.00 | 21,372.34 | | 21,372.34 | FA |
| 7. 2008 Ford Explorer | 8,000.00 | 0.00 | | 0.00 | FA |
| 8. UPS Dividend (u) | 0.00 | 10.78 | | 10.78 | FA |
| TOTALS (Excluding Unknown Values) | $415,500.00 | $21,383.12 | | $21,383.12 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for review August 18, 2016, 11:06 am

Case is ready for claims review and TFR
October 08, 2015, 12:28 pm

Trustee to liquidate UPS stock

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-32132  DRC  Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | KONTOPOULOS, PETER T. | Date Filed (f) or Converted (c): 09/02/14 (f) |
| | | 341(a) Meeting Date: 09/30/14 |
| | | Claims Bar Date: 01/02/15 |

October 15, 2014, 01:36 pm

UPS stock. Debtor to amend Sch C to fully exempt auto and make no claim to stock. Trstee requested stock info

October 01, 2014, 04:52 pm

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 03/31/16

/s/   GINA B. KROL
_____  Date: 10/12/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-32132 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KONTOPOULOS, PETER T. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7707  Checking Account |
| Taxpayer ID No: | *******5389 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/15 | 8 | Computershare<br>UPS<br>PO Box 30169<br>College Station, TX  77842-3169 | Dividend | 1223-000 | 10.78 | | 10.78 |
| 01/12/15 | 6 | UPS<br>Computershare<br>250 Royall Street<br>Canton, MA  02021 | Turnover of UPS Stock value | 1129-000 | 21,372.34 | | 21,383.12 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.51 | 21,362.61 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | BOND<br>BOND | 2300-000 | | 12.21 | 21,350.40 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.68 | 21,321.72 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.70 | 21,290.02 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.63 | 21,259.39 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.61 | 21,227.78 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.54 | 21,197.24 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.51 | 21,165.73 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.47 | 21,134.26 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.41 | 21,103.85 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.38 | 21,072.47 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.32 | 21,042.15 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.28 | 21,010.87 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.24 | 20,979.63 |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Acct #10BSBGR6291 | 2300-000 | | 11.84 | 20,967.79 |
| | | | Page Subtotals | | 21,383.12 | 415.33 | |

Ver: 19.06a

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 14-32132 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KONTOPOULOS, PETER T. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7707 Checking Account |
| Taxpayer ID No: | *******5389 |  |  |
| For Period Ending: | 10/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | New York, NY 10017 |  |  |  |  |  |
| 03/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 29.17 | 20,938.62 |
| 04/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 31.13 | 20,907.49 |
| 05/06/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 30.08 | 20,877.41 |
| 06/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 31.04 | 20,846.37 |
| 07/08/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 29.99 | 20,816.38 |
| 08/05/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 30.95 | 20,785.43 |
| 09/30/16 | 030003 | Gina Krol | Final Distribution |  |  | 2,893.16 | 17,892.27 |
|  |  | 105 W. Madison Street |  |  |  |  |  |
|  |  | Suite 1100 |  |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
|  |  |  | Fees    2,888.31 | 2100-000 |  |  |  |
|  |  |  | Expenses    4.85 | 2200-000 |  |  |  |
| 09/30/16 | 030004 | Gina Krol | Final Distribution | 3110-000 |  | 480.00 | 17,412.27 |
|  |  | 105 W. Madison Street |  |  |  |  |  |
|  |  | Suite 1100 |  |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 09/30/16 | 030005 | Cohen & Krol | Final Distribution |  |  | 962.58 | 16,449.69 |
|  |  | Attorneys for Trustee |  |  |  |  |  |
|  |  | 105 W. Madison Street |  |  |  |  |  |
|  |  | Suite 1100 |  |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
|  |  |  | Fees    960.00 | 3110-000 |  |  |  |
|  |  |  | Expenses    2.58 | 3120-000 |  |  |  |
| 09/30/16 | 030006 | American InfoSource LP as agent for | Final Distribution | 7100-900 |  | 6,493.01 | 9,956.68 |
|  |  | Midland Funding LLC |  |  |  |  |  |
|  |  | PO Box 268941 |  |  |  |  |  |
|  |  | Oklahoma City, OK 73126-8941 |  |  |  |  |  |
| 09/30/16 | 030007 | Midland Credit Management, Inc. | Final Distribution | 7100-900 |  | 9,956.68 | 0.00 |

                    Page Subtotals      0.00      20,967.79

Ver: 19.06a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-32132 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KONTOPOULOS, PETER T. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7707  Checking Account |
| Taxpayer ID No: | *******5389 | | |
| For Period Ending: | 10/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | (2-1) 12-2297808 | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 21,383.12 | 21,383.12 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 21,383.12 | 21,383.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,383.12 | 21,383.12 | |
| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account - *******7707 | 21,383.12 | 21,383.12 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 21,383.12 | 21,383.12 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*